IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-0083 |
| DONALD HELLINGER | : | |

ORDER

AND NOW, this 25th day of September, 2012, upon the motion of the United States requesting dismissal without prejudice of Counts One and Three through Fourteen of the Indictment, and with no objection thereto, it is **ORDERED** that the motion is **GRANTED** and that Counts One and Three through Fourteen (1, 3-14) of the Indictment are dismissed, without prejudice.

BY THE COURT:

_____
HONORABLE R. BARCLAY SURRICK
Judge, United States District Court

Copies mailed w/ copy of J+C
to: 9/25/12
S. Miller
Sweet