IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION NO. 11-83 |
| v. : | |
| : | CIVIL ACTION NO. 14-1202 |
| DONALD HELLINGER : | |

**O R D E R**

**AND NOW**, this 9th day of February, 2015, upon consideration of Petitioner Donald Hellinger's Motion to Vacate/Set Aside/ Correct Sentence under 28 U.S.C. § 2255 (ECF No. 298), and all documents submitted in support thereof and in opposition thereto, and after an evidentiary hearing, it is **ORDERED** that:

1. Petitioner's Motion under 28 U.S.C. § 2255 is **DENIED**; and

2. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/R. Barclay Surrick*
**U.S. District Judge**